**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** § § | |
| § | 5:23-MJ-00962 |
| **VS.** § | |
| § | |
| **DILLON DEES** § | |

## MOTION FOR SUBSTITUTION OF COUNSEL

**TO THE HONORABLE UNITED STATES DISTRICT JUDGE:**

This Motion for Substitution of Counsel is brought by attorneys Nicholas LaHood, Jay Norton, Jason Goss, and David Shearer, Movants. Movants request the Court to substitute Nicholas LaHood, Jay Norton, Jason Goss, and David Shearer, LaHood Norton Law Group, 40 NE Loop 410, Suite 525, San Antonio, Texas, 78216, in place of Alan Brown, who is currently attorney of record for Dillon Dees herein. Movants pray the Court grant the Motion for Substitution of Counsel.

Respectfully submitted,

_____
NICHOLAS "NICO" LAHOOD
LaHood Norton Law Group
40 NE Loop 410, Suite 525
San Antonio, Texas 78216-5867
Nico@lahoodnorton.com
P 210-797-7700
F 210-530-1525
SBN: 24030360

_____
JAY S. NORTON
LaHood Norton Law Group
40 NE Loop 410, Suite 525
San Antonio, Texas 78216-5867
Jay@lahoodnorton.com
P 210-797-7700
F 210-530-1525
SBN: 15105800

_____
JASON B. GOSS
LaHood Norton Law Group
40 NE Loop 410, Suite 525
San Antonio, Texas 78216-5867
Jason@lahoodnorton.com
P 210-797-7700
F 210-530-1525
SBN: 24064712

_____
DAVID M. SHEARER
LaHood Norton Law Group
40 NE Loop 410, Suite 525
San Antonio, Texas 78216-5867
David@lahoodnorton.com
P 210-797-7700
F 210-530-1525
SBN: 18168390

AGREED:

DocuSigned by:
*Alan Brown*
64378BEA42CD487...

_____
ALAN BROWN
Attorney for Defendant
State Bar No. 03090000

## CERTIFICATE OF SERVICE

I, JAY S. NORTON, certify that on the 21st day of July, a copy of the foregoing was delivered to the United States Attorney's office at via electronic service.

_____
Attorney for Defendant

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | 5:23-MJ-00962 |
| VS. | § § | |
| DILLON DEES | § | |

## ORDER ON MOTION FOR SUBSTITUTION OF COUNSEL

On this the _____ day of _____, 2023, the court considered the Motion for Substitution of Counsel, and orders NICHOLAS LAHOOD, JAY NORTON, JASON GOSS, and DAVID SHEARER be substituted as attorney of record for in place of ALAN BROWN.

SIGNED this the _____ day of _____, 2023.

_____
UNITED STATES DISTRICT JUDGE